No. 87–1119. PARAVECCHIO *v.* MEMORIAL HOSPITAL OF LARAMIE COUNTY ET AL. Sup. Ct. Wyo. Motion of Dean Crocker

et al. for leave to file a brief as *amici curiae* granted. Certiorari denied.